In re Lewis, Ernest; — Plaintiff(s); applying for supervisory and/or remedial writ; *782 Parish of Orleans, Criminal District Court, Div. “F”, No. 304-693; to the Court of Appeal, Fourth Circuit, No. 95KW-0913.
Writ granted in part; case remanded. The district court is ordered to appoint counsel and hold a hearing at which it will determine if the state’s failure to disclose that the victim initially reported that he could not identify relator, as recorded in police report No. 1-8507-84, p. 7, denied relator a fair trial. See Kyles v. Whitley, 514 U.S. 419, -, 115 S.Ct. 1555, 1566, 131 L.Ed.2d 490 (1995); United States v. Agurs, 427 U.S. 97, 112, 96 S.Ct. 2392, 2400, 49 L.Ed.2d 342 (1976); State v. Strickland, 94-0025, p. 38 (La. 11/1/96), 683 So.2d 218, 234. In all other respects, the application is denied.
VICTORY, J., not on panel.